IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| COREY RICHARDSON | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-455 |
| WARDEN, FCI BEAUMONT | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Corey Richardson, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying Petitioner's motion for default judgment. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. Proper notice was given to Petitioner at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

## ORDER

The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge [Dkt. 13] is ADOPTED. Petitioner's motion for default judgment [Dkt. 7] is DENIED.

**SIGNED this 17th day of August, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge